1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| A.D. and C. by CAROL COGHLAN CARTER, their next friend; S.H. and J.H., a married couple; M.C. and K.C., a married couple; for themselves and on behalf of a class of similarly-situated individuals,<br>　　　　Plaintiffs,<br><br>vs.<br><br>KEVIN WASHBURN, in his official capacity as Assistant Secretary of BUREAU OF INDIAN AFFAIRS; SALLY JEWELL, in her official capacity as Secretary of Interior, U.S. DEPARTMENT OF THE INTERIOR; GREGORY A. McKAY, in his official capacity as Director of ARIZONA DEPARTMENT OF CHILD SAFETY,<br>　　　　Defendants. | No. CV-15-1259-PHX-NVW<br><br><br><br><br><br><br><br>**[PROPOSED] ORDER** |

The Court having considered Plaintiffs' motion for class certification, and good cause appearing,

**IT IS ORDERED** that the Motion is **GRANTED**.

**IT IS FURTHER ORDERED** that the Plaintiff class is defined as follows: All off-reservation Arizona-resident children with Indian ancestry and all off-reservation non-Indian Arizona-resident foster, preadoptive, and prospective adoptive parents in child custody proceedings involving children with Indian ancestry and who are not members of the child's extended family.

**IT IS FURTHER ORDERED** that the class, as defined, shall argue all claims and issues asserted and alleged in their Complaint.

**IT IS FURTHER ORDERED**, pursuant to Rule 23(g) of the Federal Rules of Civil Procedure, that Clint Bolick is appointed as class counsel.