JOHN C. CRUDEN
Assistant Attorney General
Environment and Natural Resources Division
United States Department of Justice
Steven Miskinis
Ragu-Jara Gregg
ENRD/Indian Resources Section
P.O. Box 7611
Ben Franklin Station
Washington, D.C. 20044-7611
Telephone: (202) 305-0262
Email: steven.miskinis@usdoj.gov
*Attorneys for Defendants Kevin Washburn and Sally Jewell*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| A.D. and C. by CAROL COGHLAN CARTER, their next friend; S.H. and J.H., a married couple; M.C. and K.C., a married couple; for themselves and on behalf of a class of similarly-situated individuals, <br>             Plaintiffs, <br><br>    vs. <br><br> KEVIN WASHBURN, in his official capacity as Assistant Secretary of BUREAU OF INDIAN AFFAIRS; SALLY JEWELL, in her official capacity as Secretary of Interior, U.S. DEPARTMENT OF THE INTERIOR; GREGORY A. McKAY, in his official capacity as Director of ARIZONA DEPARTMENT OF CHILD SAFETY, <br>             Defendants. | No. CV-15-1259-PHX-NVW <br><br><br> **FEDERAL DEFENDANTS' MOTION FOR EXCESS PAGES** |

Federal Defendants Kevin Washburn, Assistant Secretary for Indian Affairs, United States Department of the Interior[1], and Sally Jewell, Secretary of the Interior, hereby move this Court for leave to file a combined motion and memorandum of thirty-five (35) pages length, in excess of the seventeen page limit established by the Local Rules. *See* LRCiv. 7.2(e)(1). Counsel for all parties have been consulted with regard to this motion and consent.

Good cause supports this motion. The seventeen page limit established by LRCiv. 7.2(e)(1) does not suffice for a full and fair presentation of the legal issues raised in the Federal Defendants' motion to dismiss. Plaintiffs' complaint brings five counts against the Federal Defendants and raises numerous constitutional challenges to the Indian Child Welfare Act, including due process, equal protection and First Amendment challenges to various provisions of the statute. Moreover, Plaintiffs also bring a claim under the Administrative Procedure Act challenging the Bureau of Indian Affairs' Guidelines for State Courts and Agencies in Indian Child Custody Proceedings, 80 F.R. 10,146. Besides raising jurisdictional arguments like standing and lack of final agency action, the Federal Defendants seek dismissal for failure to state a claim. The proposed motion and memorandum have been stringently edited but we do not believe they can be edited any further without prejudicing our presentation of the legal issues before the Court.

Accordingly, the Federal Defendants respectfully request the Court permit filing of the attached motion and memorandum in excess of the Local Rule page limits.

---

[1] Plaintiffs' case caption erroneously identifies Kevin Washburn as Assistant Secretary of the Bureau of Indian Affairs.

**RESPECTFULLY SUBMITTED** this sixteenth day of October, 2015 by:

JOHN C. CRUDEN
Assistant Attorney General
Environment and Natural Resources Division
United States Department of Justice

/s/
Steve Miskinis
Indian Resources Section
Ragu-Jara Gregg
Law and Policy Section
Environment and Natural Resources Div.
United States Department of Justice
P.O. Box 7611
Ben Franklin Station
Washington, D.C. 20044-7611
Telephone: (202) 305-0262
Email: steven.miskinis@usdoj.gov
*Attorneys for Federal Defendants*

# CERTIFICATE OF SERVICE

I hereby certify that on October 16, 2015, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

MARK BRNOVICH
ATTORNEY GENERAL
Firm Bar No. 14000
John S. Johnson (016575)
Division Chief Counsel
1275 West Washington Street
Phoenix, Arizona 85007
Telephone: (602) 542-9948
e-mail: John.Johnson@azag.gov
*Attorney for Defendant Gregory A. McKay*

Clint Bolick (021684)
Aditya Dynar (031583)
Courtney Van Cott (031507)
Scharf-Norton Center for Constitutional Litigation at the Goldwater Institute
500 East Coronado Road
Phoenix, Arizona 85004
(602) 462-5000
e-mail: litigation@goldwaterinstitute.org

Michael W. Kirk *(admitted pro hac vice)*
Brian W. Barnes *(admitted pro hac vice)*
Harold S. Reeves *(admitted pro hac vice)*
Cooper & Kirk, PLLC
1523 New Hampshire Avenue, N.W.
Washington, D. C. 20036
(202) 220-9600
(202) 220-9601 (fax)
*Attorneys for Plaintiffs*

3

|   |   |
|---|---|
| 1 | s/_____ |
| 2 | Steve Miskinis |
|   | U.S. Department of Justice |
| 3 | ENRD/Indian Resources Section/ |
|   | P.O. Box 7611 |
| 4 | Ben Franklin Station |
| 5 | Washington, D.C. 20044-7611 |
|   | Telephone: (202) 305-0262 |
| 6 | Email: steven.miskinis@usdoj.gov |
|   | *Attorneys for Federal Defendants* |

# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| A.D. and C. by CAROL COGHLAN CARTER, their next friend; S.H. and J.H., a married couple; M.C. and K.C., a married couple; for themselves and on behalf of a class of similarly-situated individuals,<br><br>Plaintiffs,<br><br>v.<br><br>KEVIN WASHBURN, in his official capacity as Assistant Secretary of BUREAU OF INDIAN AFFAIRS; SALLY JEWELL, in her official capacity as Secretary of Interior, U.S. DEPARTMENT OF THE INTERIOR; GREGORY A. McKAY, in his official capacity as Director of the ARIZONA DEPARTMART OF CHILD SAFETY,<br><br>Defendants. | No. 2:15-CV-01259- PHX-NVW<br><br>**[PROPOSED] ORDER** |

The Court having considered the Federal Defendants' motion for excess pages and good cause appearing,

**IT IS ORDERED** that the federal defendants may file a motion to dismiss with attached memorandum of thirty-five (35) pages length.

5