1  JOHN C. CRUDEN
   Assistant Attorney General
2  Environment and Natural Resources Division
3  United States Department of Justice
   Steven Miskinis
4  ENRD/Indian Resources Section
   P.O. Box 7611
5  Ben Franklin Station
6  Washington, D.C. 20044-7611
   Telephone: (202) 305-0262
7  Email: steven.miskinis@usdoj.gov
8  *Attorneys for Defendants Kevin Washburn and Sally Jewell*

9

10

11              **IN THE UNITED STATES DISTRICT COURT**
                  **FOR THE DISTRICT OF ARIZONA**
12

13  A.D. and C. by CAROL COGHLAN
    CARTER, their next friend;              No.  CV-15-1259-PHX-NVW
14  S.H. and J.H., a married couple;
    M.C. and K.C., a married couple;
15  for themselves and on behalf of a class of
16  similarly-situated individuals,
                    Plaintiffs,
17                                          **DECLARATION OF STEVEN**
                                            **MISKINIS**
18          vs.

19  KEVIN WASHBURN, in his official
20  capacity as Assistant Secretary of BUREAU
    OF INDIAN AFFAIRS;
21  SALLY JEWELL, in her official capacity as
    Secretary of Interior, U.S. DEPARTMENT
22  OF THE INTERIOR;
23  GREGORY A. McKAY, in his official
    capacity as Director of ARIZONA
24  DEPARTMENT OF CHILD SAFETY,
25                    Defendants.

26       Steve Miskinis, being an attorney with the United States Department of Justice, does
27  hereby affirm under penalties of perjury:
28

1. I am an attorney with the United States Department of Justice.  I represent Kevin Washburn, Assistant Secretary of Indian Affair, United States Department of the Interior, and Sally Jewell, Secretary, United States Department of the Interior ("federal defendants") in this matter.

2. I respectfully submit this declaration in support of the federal defendants' Motion to Dismiss.

3. The statements made in this declaration are based upon my personal knowledge, or upon information available to me in my official capacity, and are true and correct to the best of my knowledge and belief.

4. Pursuant to this Court's Order of July 9, 2015 (ECF No. 7), I conferred telephonically with counsel for Plaintiffs on October 1, 2015.  On this call I advised Plaintiffs that the federal defendants intended to raise standing, ripeness, and other jurisdictional challenges in their forthcoming motion to dismiss, as well as seeking dismissal for failure to state a claim on Plaintiffs' counts directed to the federal defendants.

5. Plaintiffs did not agree that their Complaint was deficient and in light of the disagreement, the parties concluded that the meet and confer obligations had been met.

1

**RESPECTFULLY SUBMITTED** this 16th day of October, 2015 by:

2

3

4
JOHN C. CRUDEN
Assistant Attorney General
5
Environment and Natural Resources Division
United States Department of Justice
6

7
/s/ _____
8
Steve Miskinis
Indian Resources Section
9
Ragu-Jara Gregg
Law and Policy Section
10
Environment and Natural Resources Div.
11
United States Department of Justice
P.O. Box 7611
12
Ben Franklin Station
13
Washington, D.C. 20044-7611
Telephone: (202) 305-0262
14
Email: steven.miskinis@usdoj.gov
15
*Attorneys for Federal Defendants*

16

17

18

19

20

21

22

23

24

25

26

27

28

**CERTIFICATE OF SERVICE**

I hereby certify that on October 16, 2015, I electronically transmitted the attached

document to the Clerk's Office using the CM/ECF System for filing and

transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

MARK BRNOVICH
ATTORNEY GENERAL
Firm Bar No. 14000
John S. Johnson (016575)
Division Chief Counsel
1275 West Washington Street
Phoenix, Arizona 85007
Telephone: (602) 542-9948
e-mail:  John.Johnson@azag.gov
*Attorney for Defendant Gregory A. McKay*

Clint Bolick (021684)
Aditya Dynar (031583)
Courtney Van Cott (031507)
Scharf-Norton Center for Constitutional Litigation at the
Goldwater Institute
500 East Coronado Road
Phoenix, Arizona 85004
(602) 462-5000
e-mail:  litigation@goldwaterinstitute.org

Michael W. Kirk *(admitted pro hac vice)*
Brian W. Barnes *(admitted pro hac vice)*
Harold S. Reeves *(admitted pro hac vice)*
Cooper & Kirk, PLLC
1523 New Hampshire Avenue, N.W.
Washington, D. C. 20036
(202) 220-9600
(202) 220-9601 (fax)
*Attorneys for Plaintiffs*

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

                                        s/_____
                                        Steve Miskinis
                                        U.S. Department of Justice
                                        ENRD/Indian Resources Section/
                                        P.O. Box 7611
                                        Ben Franklin Station
                                        Washington, D.C. 20044-7611
                                        Telephone: (202) 305-0262
                                        Email: steven.miskinis@usdoj.gov
                                        *Attorneys for Federal Defendants*