JOHN C. CRUDEN
Assistant Attorney General
Environment and Natural Resources Division
United States Department of Justice
Steven Miskinis
ENRD/Indian Resources Section
P.O. Box 7611
Ben Franklin Station
Washington, D.C. 20044-7611
Telephone: (202) 305-0262
Email: steven.miskinis@usdoj.gov
*Attorneys for Defendants Kevin Washburn and Sally Jewell*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| A.D. and C. by CAROL COGHLAN CARTER, their next friend; S.H. and J.H., a married couple; M.C. and K.C., a married couple; for themselves and on behalf of a class of similarly-situated individuals, <br>            Plaintiffs, <br><br>      vs. <br><br> KEVIN WASHBURN, in his official capacity as Assistant Secretary of BUREAU OF INDIAN AFFAIRS; SALLY JEWELL, in her official capacity as Secretary of Interior, U.S. DEPARTMENT OF THE INTERIOR; GREGORY A. McKAY, in his official capacity as Director of ARIZONA DEPARTMENT OF CHILD SAFETY, <br>            Defendants. | No. CV-15-1259-PHX-NVW <br><br><br> **DECLARATION OF STEVEN MISKINIS** |

Steve Miskinis, being an attorney with the United States Department of Justice, does hereby affirm under penalties of perjury:

1. I am an attorney with the United States Department of Justice. I represent Kevin Washburn, Assistant Secretary of Indian Affair, United States Department of the Interior, and Sally Jewell, Secretary, United States Department of the Interior ("federal defendants") in this matter.

2. I respectfully submit this declaration in support of the federal defendants' Motion to Dismiss.

3. The statements made in this declaration are based upon my personal knowledge, or upon information available to me in my official capacity, and are true and correct to the best of my knowledge and belief.

4. Pursuant to this Court's Order of July 9, 2015 (ECF No. 7), I conferred telephonically with counsel for Plaintiffs on October 1, 2015. On this call I advised Plaintiffs that the federal defendants intended to raise standing, ripeness, and other jurisdictional challenges in their forthcoming motion to dismiss, as well as seeking dismissal for failure to state a claim on Plaintiffs' counts directed to the federal defendants.

5. Plaintiffs did not agree that their Complaint was deficient and in light of the disagreement, the parties concluded that the meet and confer obligations had been met.

**RESPECTFULLY SUBMITTED** this 16th day of October, 2015 by:

        JOHN C. CRUDEN
        Assistant Attorney General
        Environment and Natural Resources Division
        United States Department of Justice

        /s/_____
        Steve Miskinis
        Indian Resources Section
        Ragu-Jara Gregg
        Law and Policy Section
        Environment and Natural Resources Div.
        United States Department of Justice
        P.O. Box 7611
        Ben Franklin Station
        Washington, D.C. 20044-7611
        Telephone: (202) 305-0262
        Email: steven.miskinis@usdoj.gov
        *Attorneys for Federal Defendants*

# CERTIFICATE OF SERVICE

I hereby certify that on October 16, 2015, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

MARK BRNOVICH
ATTORNEY GENERAL
Firm Bar No. 14000
John S. Johnson (016575)
Division Chief Counsel
1275 West Washington Street
Phoenix, Arizona 85007
Telephone: (602) 542-9948
e-mail:  John.Johnson@azag.gov
*Attorney for Defendant Gregory A. McKay*

Clint Bolick (021684)
Aditya Dynar (031583)
Courtney Van Cott (031507)
Scharf-Norton Center for Constitutional Litigation at the Goldwater Institute
500 East Coronado Road
Phoenix, Arizona 85004
(602) 462-5000
e-mail:  litigation@goldwaterinstitute.org

Michael W. Kirk *(admitted pro hac vice)*
Brian W. Barnes *(admitted pro hac vice)*
Harold S. Reeves *(admitted pro hac vice)*
Cooper & Kirk, PLLC
1523 New Hampshire Avenue, N.W.
Washington, D. C. 20036
(202) 220-9600
(202) 220-9601 (fax)
*Attorneys for Plaintiffs*

| | |
|---|---|
| 1 | |
| 2 | s/_____ |
|   | Steve Miskinis |
| 3 | U.S. Department of Justice |
|   | ENRD/Indian Resources Section/ |
| 4 | P.O. Box 7611 |
|   | Ben Franklin Station |
| 5 | Washington, D.C. 20044-7611 |
|   | Telephone: (202) 305-0262 |
| 6 | Email: steven.miskinis@usdoj.gov |
| 7 | *Attorneys for Federal Defendants* |