Mark Brnovich
Attorney General
Firm State Bar No. 14000

John S. Johnson (016575)
Division Chief Counsel
Dawn R. Williams (020730)
Appeals Unit Chief Counsel
1275 West Washington
Phoenix, Arizona 85007-2997
Telephone: (602) 542-9948
Fax: (602) 364-0055
e-mail: John.johnson@azag.gov

Attorneys for Gregory McKay in his
official capacity as Director of the
Arizona Department of Child Safety

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| A.D. and C. by CAROL COUGHLIN CARTER, their next friend; S.H. and J.H., a married couple; M.C. and K.C., a married couple; for themselves and on behalf of a class of similarly situated individuals, <br><br> Plaintiffs, <br><br> v. <br><br> KEVIN WASHBURN, in his official capacity as Assistant Secretary of BUREAU OF INDIAN AFFAIRS; SALLY JEWELL, in her official capacity as Secretary of Interior, U.S. DEPARTMENT OF THE INTERIOR; AND GREGORY MCKAY, in his official capacity as Director of the ARIZONA DEPARTMENT OF CHILD SAFETY, <br><br> Defendants. | No. 2:15-cv-01259-PHX-NVW <br><br> **STATE DEFENDANT'S MOTION TO EXCEED PAGE LIMIT** |

Defendant Gregory McKay, in his official capacity as Director of the Department of Child Safety, hereby moves this Court for relief from the 17-page limit set by the local rules for his motion to dismiss, filed concurrently with this Motion. Plaintiffs do not object to the State Defendant's request to file an opening memorandum of no more than thirty pages.

Local rules limit opening and responsive memoranda to seventeen pages (LRCiv 7.2(e)(1)), which is insufficient to address the numerous constitutional claims raised by Plaintiffs. Defendant McKay's Motion to Abstain or Dismiss raises jurisdictional challenges as well as addressing Plaintiffs' failure to state a claim. Allowing Defendant McKay to exceed the page limit is necessary to allow the full and proper context and merits of the Motion.

For all of the foregoing reasons the State—by and through Defendant McKay—moves this Court to permit it to exceed the local rule for page limits by twelve pages and accept for filing the accompanying State's Motion to Abstain and Dismiss Pursuant to Fed. R. Civ. P. 12(b)(1), (6).

DATED October 16 , 2015.

        MARK BRNOVICH
        Attorney General


        s/ Dawn R. Williams
        John S. Johnson
        Dawn R. Williams
        Office of the Attorney General
        State of Arizona
        1275 West Washington Street
        Phoenix, Arizona 85007-2926
        *Attorney for Defendant Gregory A. McKay*

# CERTIFICATE OF SERVICE

I hereby certify that on October 16, 2015, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

JOHN C. CRUDEN
Assistant Attorney General
Environment and Natural Resources Division
United States Department of Justice
Steve Miskinis
Indian Resources Section
Ragu-Jara Gregg
Law and Policy Section
Environment and Natural Resources Div.
United States Department of Justice
P.O. Box 7611
Ben Franklin Station
Washington, D.C. 20044-7611
Telephone: (202) 305-0262
Email: steven.miskinis@usdoj.gov
*Attorneys for Federal Defendants*

Clint Bolick (021684)
Aditya Dynar (031583)
Scharf-Norton Center for Constitutional Litigation at the
Goldwater Institute
500 East Coronado Road
Phoenix, Arizona 85004
(602) 462-5000
e-mail: litigation@goldwaterinstitute.org

1  Michael W. Kirk *(admitted pro hac vice)*
   Brian W. Barnes *(admitted pro hac vice)*
2  Harold S. Reeves *(admitted pro hac vice)*
   Cooper & Kirk, PLLC
3  1523 New Hampshire Avenue, N.W.
   Washington, D. C. 20036
4  (202) 220-9600
   (202) 220-9601 (fax)
5  *Attorneys for Plaintiffs*

MARK BRNOVICH
Attorney General

 s/ Dawn R. Williams
Appeals Unit Chief Counsel
Attorney for Defendant Gregory A. McKay

# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

A.D. and C. by CAROL COUGHLIN CARTER, their next friend; S.H. and J.H., a married couple; M.C. and K.C., a married couple; for themselves and on behalf of a class of similarly situated individuals,

Plaintiffs,

v.

KEVIN WASHBURN, in his official capacity as Assistant Secretary of BUREAU OF INDIAN AFFAIRS; SALLY JEWELL, in her official capacity as Secretary of Interior, U.S. DEPARTMENT OF THE INTERIOR; AND GREGORY MCKAY, in his official capacity as Director of the ARIZONA DEPARTMENT OF CHILD SAFETY,

Defendants.

No. 2:15-cv-01259-PHX-NVW

**[PROPOSED] ORDER**

The Court having considered Defendant Gregory A. McKay's motion for excess pages and good cause appearing,

IT IS ORDERED that Defendant McKay may file a Motion to Abstain and Dismiss of twenty-nine pages length.