

## CERTIFICATE OF GOOD STANDING

I, Patricia S. Connor, Clerk of this Court, certify that __Donald R. C. Pongrace__ was duly admitted to practice in this Court on __June 3, 1986__, and is in good standing in this Court.

Dated at Richmond, Virginia, on __October 14, 2015__.

Patricia S. Connor
CLERK

DEPUTY CLERK