IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| A.D. and C. by CAROL COGHLAN CARTER, their next friend, et al.,<br><br>　　Plaintiffs,<br><br>v.<br><br>KEVIN WASHBURN, in his official capacity as Assistant Secretary – Indian Affairs, et al.,<br><br>　　Defendants. | Case No. 2:15-cv-1259<br><br>**PROPOSED ORDER** |

　　The Gila River Indian Community has moved to intervene as a defendant. For good cause shown,

　　**IT IS ORDERED** granting the motion to intervene pursuant to Fed. R. Civ. P. 24(a)(2). The lodged motion to dismiss attached to the motion to intervene is deemed filed.