Pratik A. Shah (*pro hac vice* pending)
(D.C. Bar No. 497108)
James E. Tysse (*pro hac vice* pending)
(D.C. Bar No. 978722)
Hyland Hunt (*pro hac vice* pending)
(D.C. Bar No. 999276)
Z.W. Julius Chen (*pro hac vice* pending)
(D.C. Bar. No. 1002635)
AKIN GUMP STRAUSS HAUER &
 FELD LLP
1333 New Hampshire Avenue, N.W.
Washington, D.C. 20036-1564
(202) 887-4000
pshah@akingump.com
jtysse@akingump.com
hhunt@akingump.com
chenj@akingump.com

*Attorneys for Casey Family Programs, et al.*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Carol Coghlan Carter, *et al.*,<br><br>  Plaintiffs,<br><br>  v.<br><br>Kevin Washburn, *et al.*,<br><br>  Defendants. | No. CV-15-01259-PHX-NVW<br><br>**MOTION OF CASEY FAMILY PROGRAMS, *ET AL.*, FOR LEAVE TO FILE A BRIEF OF *AMICI CURIAE* IN SUPPORT OF MOTIONS TO DISMISS** |

Pursuant to Federal Rule of Civil Procedure 7 and Local Rule 7.2, Casey Family Programs, *et al.*, respectfully moves this Court for leave to file the concurrently lodged brief of *amici curiae* in support of the motions to dismiss.

Counsel for plaintiffs, the federal defendants, and intervenor Gila River Indian Community consent to the filing of the *amici* brief; counsel for defendant Gregory

McKay, in his official capacity as Director of the Arizona Department of Child Safety, has represented that he takes no position on the motion.

## MEMORANDUM OF POINTS AND AUTHORITIES

This Court has wide discretion to grant *amici curiae* leave to file a brief, *see Council for Endangered Species Act Reliability v. Jackson*, No. 10-cv-8254-SMM, 2011 WL 5882192, at *6 (D. Ariz. Nov. 23, 2011), and has permitted such participation on numerous occasions, *see, e.g.*, *Harris v. Arizona Indep. Redistricting Comm'n*, No. 12-cv-0894-PHX-ROS-NVW-RRC, 2012 WL 5835336 (D. Ariz. Nov. 16, 2012); *Wilderness Watch v. U.S. Fish & Wildlife Serv.*, No. 07-cv-1185-PHX-MHM, 2008 WL 4183040 (D. Ariz. Sept. 8, 2008); *Southwest Ctr. for Biological Diversity v. Babbitt*, 926 F. Supp. 920 (D. Ariz. Feb. 1996).

*Amici* are national child welfare organizations with decades of firsthand experience developing and implementing the best practices and policies for child welfare decisionmaking. They are thus uniquely situated to assist the Court in understanding the significance of the issues raised in this case.

## CONCLUSION

*Amici* respectfully request that the Court grant *amici* leave to file the concurrently lodged brief.

Respectfully submitted,
By: /s/ *James E. Tysse*
Pratik A. Shah
James E. Tysse
Hyland Hunt
Z.W. Julius Chen
AKIN GUMP STRAUSS HAUER &
  FELD LLP
1333 New Hampshire Avenue, N.W.
Washington, D.C. 20036-1564
(202) 887-4000

*Attorneys for Casey Family Programs, et al.*

**CERTIFICATE OF SERVICE**

I hereby certify that on October 23, 2015, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF System for filing and service to counsel of record in this proceeding.

Clint Bolick
Aditya Dynar
Scharf-Norton Center for Constitutional Litigation at the Goldwater Institute
500 E. Coronado Rd.
Phoenix, Arizona 85004
(602) 462-5000
litigation@goldwaterinstitute.org

Michael W. Kirk
Brian W. Barnes
Harold S. Reeves
Cooper & Kirk, PLLC
1523 New Hampshire Ave., N.W.
Washington, D.C. 20036
(202) 220-9600
(202) 220-9601 (fax)
*Attorneys for Plaintiffs*

Steven Edward Miskinis
US Dept of Justice
Land & Natural Resources Division
PO Box 44378
Indian Resources Section
Washington, DC 20026
202-305-0262
202-305-0271 (fax)
steven.miskinis@usdoj.gov
*Attorneys for Defendants Washburn and Jewell*

1 | John Stephen Johnson
Office of the Attorney General - Phoenix
1275 W Washington St.
Phoenix, AZ 85007-2997
602-542-9948
john.johnson@azag.gov
*Attorneys for Defendant McKay*

Linus Everling
Thomas L. Murphy
Gila River Indian Community
525 W. Gu u Ki
P.O. Box 97
Sacaton, Arizona 85147
(520) 562-9760
linus.everling@gric.nsn.us
thomas.murphy@gric.nsn.us

Donald R. Pongrace (pro hac vice application pending)
Merrill C. Godfrey (pro hac vice application pending)
Akin Gump Strauss Hauer & Feld, LLP
1333 New Hampshire Avenue, N.W.
Washington, D.C. 20036-1564
(202) 887-4000
dpongrace@akingump.com
mgodfrey@akingump.com
*Attorneys for Proposed Intervenor Gila River Indian Community*

   I hereby certify that on October 23, 2015, I arranged for a copy of the foregoing to be hand-delivered on the following day to:

Honorable Neil V. Wake
United States District Court
Sandra Day O'Connor U.S. Courthouse, Suite 524
401 West Washington Street, SPC 52
Phoenix, AZ 85003-2154

4

Dated this 23rd day of October, 2015

/s/James E. Tysse