Michael Kielsky
(Arizona State Bar No. 021864)
KIELSKY RIKE PLLC
4635 S. Lakeshore Dr.
Tempe, AZ 85282
(480) 626-5415
Michael@KRazLaw.com

Attorney for Citizens Equal
Rights Foundation

# IN THE UNITED STATES FEDERAL DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Carol Coghlan Carter, et al., | ) |
| | ) CASE NO. CV15-01259-PHX-NVW |
| Plaintiffs, | ) |
| | ) |
| v. | ) **MOTION OF THE CITIZENS EQUAL** |
| | ) **RIGHTS FOUNDATION, FOR LEAVE** |
| Kevin Washburn, et al., | ) **TO FILE A BRIEF OF *AMICI CURIAE*** |
| | ) **IN SUPPORT OF MOTIONS TO** |
| Defendants. | ) **CERTIFY THE CLASS ACTION** |
| _____ | ) |

Pursuant to Fed. Rule of Civ. Proc. 7 and Local Rule 7.2 the Citizens Equal Rights Foundation requests leave to file its lodged brief of *amicus curiae* in support of the certification of the class action.

This Court has wide discretion to grant *amici curiae* leave to file a brief, *see Council for Endangered Species Act Reliability v. Jackson*, No. 10-cv-8254-SMM, 2011 WL 5882192, at *6 (D. Ariz. Nov. 23, 2011), and has permitted such participation on numerous occasions, *see*, e.g., *Harris v. Arizona Indep. Redistricting Comm'n*, No. 12cv-0894-PHX-ROS-NVW-RRC, 2012 WL 5835336 (D. Ariz. Nov. 16, 2012); *Wilderness Watch v. U.S. Fish & Wildlife Serv.*, No. 07-cv-1185-PHX-MHM, 2008 WL 4183040 (D. Ariz. Sept. 8, 2008); *Southwest Ctr. for Biological Diversity v. Babbitt*, 926 F. Supp. 920 (D. Ariz. Feb. 1996).

The Citizens Equal Rights Foundation is a national organization with members in 34 states that educates for the need to change federal Indian policy. The Citizens Equal Rights

1 | Foundation respectfully request that the Court grant *amici curiae* leave to file the brief lodged.

Respectfully submitted,
By: /s/ Michael Kielsky
Kielsky Rike pllc
4635 S. Lakeshore Dr.
Tempe, AZ 85282
(480) 626-5415

*Attorney for the Citizens Equal Rights Foundation*

**CERTIFICATE OF SERVICE**

  I hereby certify that on November 20, 2015, I electronically filed this Motion to File Brief *Amicus Curiae* to the Clerk's Office using the CM/ECF System and service to counsel of record in this proceeding:

Clint Bolick
Aditya Dynar
Scharf-Norton Center for
Constitutional Litigation at the
Goldwater Institute
500 E. Coronado Rd.
Phoenix, Arizona 85004
(602) 462-5000
litigation@goldwaterinstitute.org

Michael W. Kirk
Brian W. Barnes
Harold S. Reeves
Cooper & Kirk, PLLC
1523 New Hampshire Ave., N.W.
Washington, D.C. 20036
(202) 220-9600
*Attorneys for Plaintiffs*

Steven Edward Miskinis
U.S. Dept. of Justice

Land & Natural Resources Division
P.O. Box 44378
Indian Resources Section
Washington, D.C.  20026
(202) 305-0262
steven.miskinis@usdoj.gov
*Attorney for Defendants Washburn and Jewell*

John Stephen Johnson
Office of the Attorney General-Phoenix
1275 W. Washington
Phoenix, Arizona 85007-2997
(602) 542-9948
john.johnson@azag.gov
*Attorney for Defendant McKay*

Linus Everling
Thomas L. Murphy
Gila River Indian Community
525 W. Gu u Ki
P.O. Box 97
Sacaton, Arizona 85147
(520) 562-9760
linus.everling@gric.nsn.us
thomas.murphy@gric.nsn.us

Donald R. Pongrace (pro hac vice application pending)
Merrill C. Godfrey (pro hac vice application pending)
Akin Gump Strauss Hauer & Feld, LLP
1333 New Hampshire Ave, N.W.
Washington, D.C, 20036-1564
(202) 887-4000
dpongrace@akingump.com
mgodfrey@akingump.com
*Attorneys for proposed intervenor Gila River Indian Community*

/s/Michael Kielsky