**Scharf-Norton Center for Constitutional Litigation at the GOLDWATER INSTITUTE**
Aditya Dynar (031583)
500 E. Coronado Rd.
Phoenix, Arizona 85004
(602) 462-5000
litigation@goldwaterinstitute.org

**COOPER & KIRK, PLLC**
Michael W. Kirk (admitted *pro hac vice*)
Brian W. Barnes (admitted *pro hac vice*)
Harold S. Reeves (admitted *pro hac vice*)
1523 New Hampshire Ave., N.W.
Washington, D.C. 20036
(202) 220-9600
(202) 220-9601 (fax)
*Attorneys for Plaintiffs*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| A.D. and C. by CAROL COGHLAN CARTER, their next friend; S.H. and J.H., a married couple; M.C. and K.C., a married couple; for themselves and on behalf of a class of similarly-situated individuals, <br><br>Plaintiffs, <br><br>vs. <br><br>KEVIN WASHBURN, in his official capacity as Assistant Secretary of BUREAU OF INDIAN AFFAIRS; SALLY JEWELL, in her official capacity as Secretary of Interior, U.S. DEPARTMENT OF THE INTERIOR; GREGORY A. McKAY, in his official capacity as Director of ARIZONA DEPARTMENT OF CHILD SAFETY, <br><br>Defendants. | No. CV-15-1259-PHX-NVW <br><br> **NOTICE OF SERVICE OF RESPONSE TO DISCOVERY REQUESTS** |

PLEASE TAKE NOTICE that on January 22, 2016, Plaintiffs served upon Defendants Plaintiff Carol Coghlan Carter's Partial Response to Federal Defendants' First Request for Production of Documents by electronic mail to the attorneys of record.

**RESPECTFULLY SUBMITTED** this 25th day of January, 2016 by:

/s/ Aditya Dynar
Aditya Dynar (031583)
**Scharf-Norton Center for Constitutional Litigation at the GOLDWATER INSTITUTE**

Michael W. Kirk (admitted *pro hac vice*)
Brian W. Barnes (admitted *pro hac vice*)
Harold S. Reeves (admitted *pro hac vice*)
**COOPER & KIRK, PLLC**
*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

Document Electronically Filed and Served by ECF this 25th day of January, 2016.

MARK BRNOVICH
ATTORNEY GENERAL
John S. Johnson
Dawn R. Williams
Gary N. Lento
Melanie G. McBride
Joshua R. Zimmerman
1275 West Washington Street
Phoenix, Arizona 85007
John.Johnson@azag.gov
Dawn.Williams@azag.gov
Gary.Lento@azag.gov
Melanie.McBride@azag.gov
Joshua.Zimmerman@azag.gov

Steven M. Miskinis
Ragu-Jara Gregg
U.S. Department of Justice
ENRD/ Indian Resources Section
P.O. Box 7611
Ben Franklin Station
Washington, D.C. 20044-7611
Steven.miskinis@usdoj.gov
RGregg@ENRD.USDOJ.GOV

/s/ Lindsay M. Brown
Lindsay M. Brown