Pratik A. Shah (*pro hac vice*)
(D.C. Bar No. 497108)
James E. Tysse (*pro hac vice*)
(D.C. Bar. No. 978722)
Z.W. Julius Chen (*pro hac vice*)
(D.C. Bar. No. 1002635)
AKIN GUMP STRAUSS HAUER &
    FELD LLP
1333 New Hampshire Avenue, N.W.
Washington, D.C. 20036-1564
(202) 887-4000
pshah@akingump.com
jtysse@akingump.com
hhunt@akingump.com
chenj@akingump.com

*Attorneys for Casey Family Programs, et al.*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

Carol Coghlan Carter, *et al.*,

    Plaintiffs,

v.

Kevin Washburn, *et al.*,

    Defendants.

No. CV-15-01259-PHX-NVW

**NOTICE OF WITHDRAWAL OF COUNSEL**

PLEASE TAKE NOTICE that, pursuant to Local Rule Civil Procedure 83.3, *Amici curiae* Casey Family Programs, the Annie E. Casey Foundation, the Center for the Study of Social Policy, the Child Welfare League of America, the Children's Defense Fund, the Donaldson Adoption Institute, the First Focus Campaign for Children, FosterClub, Generations United, the National Alliance of Children's Trust and Prevention Funds, the National Center on Adoption and Permanency, the North American Council on Adoptable Children, and the W. Haywood Burns Institute, hereby withdraw their counsel Hyland Hunt of Akin Gump Strauss Hauer & Feld LLP ("Akin

1

Gump") in this action.  *Amici* requests that Hyland Hunt be removed from the Court's mailing list and removed as counsel of record in the above-entitled action.  Pratik A. Shah, James E. Tysse, and Z.W. Julius Chen of Akin Gump will continue to represent *Amici* in this matter.

DATED:  July 7, 2016

Respectfully submitted,
By:  /s/ *Pratik A. Shah*
Pratik A. Shah
James E. Tysse
Z.W. Julius Chen
AKIN GUMP STRAUSS HAUER & FELD LLP
1333 New Hampshire Avenue, N.W.
Washington, D.C. 20036-1564
(202) 887-4000

*Attorneys for Casey Family Programs, et al.*

**CERTIFICATE OF SERVICE**

I hereby certify that on July 7, 2016, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF System for filing and service to counsel of record in this proceeding.

Clint Daniel Bolick
Aditya Dynar
Christina Maria Sandefur
Courtney Christine Van Cott
Scharf-Norton Center for
Constitutional Litigation at the
Goldwater Institute
500 E. Coronado Rd.
Phoenix, Arizona 85004
(602) 462-5000
litigation@goldwaterinstitute.org

Michael W. Kirk
Brian W. Barnes
Harold S. Reeves
Cooper & Kirk, PLLC
1523 New Hampshire Ave., N.W.
Washington, D.C. 20036
(202) 220-9600
mkirk@cooperkirk.com
*Attorneys for Plaintiffs*

Steven Edward Miskinis
Christine Wild Ennis
Judith B Harvey
US Dept of Justice
Land & Natural Resources Division
PO Box 44378
Indian Resources Section
Washington, DC 20026
202-305-0262
steven.miskinis@usdoj.gov
*Attorneys for Defendants Washburn and Jewell*

John Stephen Johnson
Gary N. Lento
Joshua Robert Zimmerman
Dawn Rachelle Williams
Melanie Grace McBride
Office of the Attorney General - Phoenix
1275 W Washington St.
Phoenix, AZ 85007-2997
602-542-9948
john.johnson@azag.gov
*Attorneys for Defendant McKay*

Katherine Claire Belzowski
Navajo Nation Department of Justice
P.O. Box 2010
Window Rock, AZ 86515
928-871-6937
kbelzowski@nndoj.org
*Attorney for Intervenor-Defendant*
*Navajo Nation Department of Justice*

Linus Everling
Thomas L. Murphy
Gila River Indian Community
525 W. Gu u Ki
P.O. Box 97
Sacaton, Arizona 85147
520-562-9760
linus.everling@gric.nsn.us

Donald R. Pongrace
Merrill C. Godfrey
Akin Gump Strauss Hauer &
Feld, LLP
1333 New Hampshire Avenue, N.W.
Washington, D.C. 20036-1564
202-887-4000
dpongrace@akingump.com
*Attorneys for Movant Gila River Indian Community*

4

Erin C Dougherty
Matthew N. Newman
Native American Rights Fund—Anchorage, AK
745 W 4th Ave., Ste. 502
Anchorage, AK 99501-1763
907-276-0680
dougherty@narf.org

Paula M. Yost
Dentons US LLP—San Francisco, CA
525 Market St., 26th Fl.
San Francisco, CA 94105
415-882-5009
paula.yost@dentons.com

Samuel Kohn
Dentons US LLP—Washington DC
1301 K St. NW, Ste. 600 E Tower
Washington, DC 20005-3364
202-408-6400
samuel.kohn@dentons.com
*Attorneys for Movant NICWA*