IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| A.D., C.C., L.G., and C.R., by Carol Coghlan Carter, and Dr. Ronald Federici, their next friends; S.H. and J.H., a married couple; M.C. and K.C., a married couple; K.R. and P.R., a married couple; for themselves and on behalf of a class of similarly-situated individuals,<br><br>Plaintiffs,<br><br>v.<br><br>Kevin Washburn, in his official capacity as Assistant Secretary of Indian Affairs, Bureau of Indian Affairs; Sally Jewell, in her official capacity as Secretary of the Interior, U. S. Department of the Interior; Gregory A. McKay, in his official capacity as Director of Arizona Department of Child Safety,<br><br>Defendants. | No. CV-15-01259-PHX-NVW<br><br>**ORDER** |

Pursuant to the mandate of the Court of Appeals (Doc. 252),

IT IS ORDERED that the Judgment of March 16, 2017 (Doc. 245) is vacated.

IT IS FURTHER ORDERED that the Clerk of the Court enter judgment dismissing this action as moot. This case is terminated.

Dated this 5th day of November, 2018.

_____
Neil V. Wake
Senior United States District Judge